No. 85–5234. BEZOLD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–5240. PRICE v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 85–5248. SCOTT v. ROCKVIEW STATE CORRECTIONAL INSTITUTION ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–5293. PERPIGNAND v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–5302. SAWYER v. FULCOMER, SUPERINTENDENT, STATE INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 85–5307. KABONGO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–5350. STAUFFER ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–5362. DUNLAP v. MASSEY, SUPERINTENDENT, UNION CORRECTIONAL INSTITUTION, ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–5371. CORBETT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–5380. JACKSON v. GENERAL DYNAMICS, INC. C. A. 5th Cir. Certiorari denied.

No. 85–5439. JOHNSON v. MANSON, COMMISSIONER OF CORRECTIONS OF CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 85–5449. DUNBAR v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 85–5467. LOPES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–5481. BARKER v. MORRIS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–5502. DOE ET AL. v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied.